# United States District Court

**Southern DISTRICT OF California**

| In the Matter of the Search of | |
|---|---|
| (Name, address or brief description of person or property to be searched) Delivery Confirmation parcel # 0307-1790-0001-6812-5211 addressed to Cindy Leach, 8202 17th Ave., Hyattsville, MD 20783. The parcel listed the return information of Holly Marshall, 130 Laurel Ave. #1, National City, CA 91950 | **SEARCH WARRANT** CASE NUMBER: '07 MJ 2806 |

TO: Ana L. Flores, Postal Inspector   and any Authorized Officer of the United States

Affidavit(s) having been made before me by   Ana L. Flores   who has reason to
                                              Affiant

believe that ☐ on the person of or ☒ on the premises known as (name, description and/or location)

Delivery Confirmation parcel # 0307-1790-0001-6812-5211 addressed to Cindy Leach, 8202 17th Ave., Hyattsville, MD 20783. The parcel listed the return information of Holly Marshall, 130 Laurel Ave. #1, National City, CA 91950 which is in the custody of the U.S. Postal Inspection Service.

in the Southern   District of California   there is now concealed a certain person or property, namely (describe the person or property)

```
Controlled substances, materials, and documents reflecting the distribution of
controlled substances through the United States Mail, including money paid for
controlled substances, in violation of Title 21, United States Code, Sections
841(a)(1), 843(b) and 846
```

I am satisfied that affidavit(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before  12/14/2007
Date
(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime – 6:00 A.M. to 10:00 P.M.) ~~(at any time in the day or night as I find reasonable cause has been established)~~ and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to  *Ruben Brooks*
U. S. Judge or Magistrate

as required by law.

at   San Diego, CA
     City and State

Date and Time Issued

12/4/2007 at 1:45 p.m.

U.S. Magistrate Judge
Name and Title of Judicial Officer

**RUBEN B. BROOKS**
**U.S. MAGISTRATE JUDGE**

*Ruben Brooks*
Signature of Judicial Officer

| RETURN |||
|---|---|---|
| DATE WARRANT RECEIVED 12-4-07 | DATE AND TIME WARRANT EXECUTED 12-4-07 2:30pm | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH USPS |
| INVENTORY MADE IN THE PRESENCE OF US Postal Inspectors A. Flores and P. Garn |||

**INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT**

Delivery Confirmation # 0307-1790-0001-6812-5211

Brown shipping box contained packing peanuts and a black plastic bundle comprised of layers of black plastic wrap, liquid detergent, green plastic wrap, red plastic wrap. Inside the bundle was a green leafy substance which field tested positive for marijuana which weighed approximately 10,116.8 grams.

[signature] 12/4/07

### CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by the warrant.

_Ana Flores_

Subscribed, sworn to, and returned before me this date.

[signature]  U.S. Judge       12/5/2007  Date